```
                                                          ┌─────────────────────────────────┐
                                                          │ USDC SDNY                       │
                                                          │ DOCUMENT                        │
UNITED STATES DISTRICT COURT                              │ ELECTRONICALLY FILED            │
SOUTHERN DISTRICT OF NEW YORK                             │ DOC #:_____          │
-------------------------------------------------------X  │ DATE FILED: 6/30/2020           │
                                              :           └─────────────────────────────────┘
SHAEL CRUZ, on behalf of himself and all others :
similarly situated,                             :
                                                :
                          Plaintiffs,           :          20-cv-01262 (LJL)
                                                :
         -v-                                    :          ORDER
                                                :
HERMES GROUP, LLC,                              :
                                                :
                          Defendants.           :
                                                :
------------------------------------------------- :
                                              X
```

LEWIS J. LIMAN, United States District Judge:

On May 6, 2020, the Court ordered Plaintiff to file any motion for default judgment no later than June 15, 2020.  (Dkt. No. 8.)  Plaintiff was directed to the Court's Individual Practices in Civil Cases, Exhibit A, available at https://nysd.uscourts.gov/hon-lewis-j-liman, which advise, among other requirements, that "[a] plaintiff seeking a default judgment should not proceed by order to show cause."  (*Id.*)

Plaintiff has not yet filed any motion for default judgment.

IT IS HEREBY ORDERED that Plaintiff shall file any motion for default judgment no later than August 4, 2020.  Failure to do so would indicate failure to prosecute this case.

SO ORDERED.

Dated: June 30, 2020                    _____
       New York, New York                        LEWIS J. LIMAN
                                              United States District Judge